UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

------------------------------------------------------

SHERRELL WILSON,

       Petitioner-Defendant,

v.

UNITED STATES OF AMERICA,

       Respondent-Plaintiff.

------------------------------------------------------

CASE NO. 1:06-CR-338

ORDER

[Resolving Docs. No. 685 & 686.]

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Petitioner Sherrell Wilson pleaded guilty in 2007 to trafficking marijuana and cocaine, and received a sentence of 240 months' imprisonment. [Doc. 469.] On June 19, 2012, this Court dismissed his petition filed under 28 U.S.C. § 2255 to vacate that sentence, and denied his motion to toll the relevant limitations period. [Doc. 680.] On July 5, 2012, Wilson filed a notice of appeal of that order to the United States Court of Appeals for the Sixth Circuit. [Doc. 681.] On January 4, 2013, the Sixth Circuit held Wilson's appeal in abeyance so that this Court may consider whether to grant Wilson a certificate of appealability. [Doc. 685.]

Because reasonable jurists could debate whether the tolling issue should have been resolved differently, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), this Court GRANTS Wilson a certificate of appealability as to his tolling claim. Wilson's motion for leave to file a brief in support of a

-2-

Case No. 1:06-CR-338
Gwin, J.

certificate of appealability [doc. 686] is DENIED AS MOOT.

    IT IS SO ORDERED.


Dated: January 25, 2013          s/       *James S. Gwin*
                                                                                    JAMES S. GWIN
                                                                                     UNITED STATES DISTRICT JUDGE